STRANCH, J.,
concurring.
I write separately only to address footnote one of the majority opinion. I acknowledge that our court has held, since *469 the Supreme Court decided Harrington v. Richter, 562 U.S. 86, 131 S.Ct. 770, 178 L.Ed.2d 624 (2011), that modified AEDPA deference should no longer be applied. Jackson v. Smith, 745 F.3d 206, 209-10 (6th Cir.2014); Piscopo v. Mich., 479 Fed. Appx. 698, 703-04 (6th Cir.2012); Smith v. Coleman, 453 Fed.Appx. 625, 627 (6th Cir.2011). Since Harrington, our court has also applied modified AEDPA deference in two published cases. Peoples v. Lafler, 734 F.3d 503, 516-17 (6th Cir.2013); Moore v. Mitchell, 708 F.3d 760, 795 (6th Cir.2013). Our conflicting case law leaves me unable to agree with the conclusion in footnote one.